# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

ROSS MATTHEW CATAFFO,

        Plaintiff,

v.                                                                 CIVIL ACTION NO.   2:26-cv-00331

CHRISTOPHER LAVIN, et al.,

        Defendants.

### MEMORANDUM OPINION AND ORDER

Pending before the Court is Plaintiff Ross Matthew Cataffo's ("Plaintiff") Application to Proceed Without Prepayment of Fees or Costs.  (ECF No. 1.)   By Standing Order entered September 1, 2024, and filed in this case on May 11, 2026, this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings and a recommendation ("PF&R").   (ECF No. 3.)   Magistrate Judge Tinsley filed his PF&R on May 13, 2026, recommending that this Court **DENY** Plaintiff's Application to Proceed Without Prepayment of Fees as **MOOT** and **DISMISS** this action without prejudice.[1]   (ECF No. 4.)

---

[1] The PF&R also recommended that Plaintiff be "warned . . . that further attempts to pursue [such] meritless litigation may result in filing restrictions."   (ECF No. 4 at 10.)   This case is one of three separate cases brought by Plaintiff. *See Cataffo v. Casto*, 2:26-cv-00328 (S.D. W. Va. May 8, 2026); *Cataffo v. Berkley*, 2:26-cv-00331 (S.D. W. Va. May 8, 2026).   As asserted in the PF&R, each case "involve[s] malicious filings intended to clog and delay the function of the federal courts and/or harass the named Defendants rather than initiate legitimate litigation against the Defendants."   (ECF No. 4 at 9.)   Accordingly, the Court hereby **WARNS** Plaintiff that continuing to file such "frivolous, malicious, abusive, or vexatious filings" may result in the imposition of a pre-filing injunction or other such filing restrictions as the Court deems necessary.   *See Feather-Gorbey v. Morris*, No 5:21-cv-00395, 2021 WL 3131320, at *3 (S.D. W. Va. July 23, 2021) (Johnston, C.J.) (issuing similar warning).

1

The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Failure to file timely objections constitutes a waiver of de novo review and the Plaintiff's right to appeal this Court's Order.  28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir.1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).  In addition, this Court need not conduct a de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).  Objections to the PF&R in this case were due on June 1, 2026.  To date, no objections have been filed.

Accordingly, the Court **ADOPTS** the PF&R, (ECF No. 4), **DENIES** Plaintiff's Application to Proceed Without Prepayment of Fees as **MOOT** and **DISMISSES** this action without prejudice.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:       July 9, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE

2